DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RAMON RAMOS** and **MIRIAM RAMOS,**
Appellants,

v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY**, AS TRUSTEE FOR
SOUNDVIEW HOME LOAN TRUST 2006-OPT5, ASSET-BACKED
CERTIFICATES, SERIES 2006-OPT5,
Appellee.

No. 4D14-3981

[April 27, 2016]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Richard L. Oftedal, Judge; L.T. Case No. 50-2012-CA-007816 XXXXMB.

Reid C. McCullough and Kendrick Almaguer of The Ticktin Law Group, P.A., Deerfield Beach, for appellants.

No appearance for appellee.

PER CURIAM.

We affirm. *See Grosso v. HSBC Bank USA, N.A.*, No. 4D14-3971 (Fla. 4th DCA Apr. 27, 2016). The trial court did not abuse its discretion in deeming the Appellants' post-dismissal motion for costs abandoned where it languished on the docket for twenty-two months without a request for hearing or other final resolution by the movant.

*Affirmed.*

STEVENSON, GROSS and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***